# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CR 37

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| EMMANUEL SHERMAIN HEMPHILL. ) | |
| ) | |

**THIS CAUSE** has come on before the court pursuant to a letter sent by defendant to the undersigned which is postmarked September 15, 2010. This is the third letter and communication sent by defendant to the undersigned within the past week. The letter of the defendant does not appear to request any specific relief and therefore the undersigned will not schedule any hearings in regard to that communication. The court does note the defendant is represented by counsel and if the letter were to be considered as a motion it would be in violation of LCvR 47.1(H) and would not be considered by the court in any event.

# ORDER

**IT IS, THEREFORE**, **ORDERED** the Clerk of Court shall file the letter postmarked September 15, 2010 and further direct no further hearings be scheduled in regard to this communication. The defendant is directed to send all communication in the future through his attorney.

Signed: September 17, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge